· 3488.   COCHRAN v. MINTER, constable.

HILL, C. J.  The first grant of a new trial by the judge of the superior court, on certiorari to review a verdict and judgment in a justice's court, will not be disturbed, unless the verdict was demanded by the evidence. If a verdict was demanded at all, it was demanded in favor of the defendant, and not for the plaintiff.          *Judgment affirmed.*
            DECIDED JANUARY 15, 1912.

Certiorari; from Paulding superior court—Judge Edwards. April 27, 1911.

*W. E. Spinks,* for plaintiff.

*M. V. Sanford, C. D. McGregor,* for defendant.

---

## 3493.   WHITEHEAD v. MAYOR AND COUNCIL OF VIENNA.

1. A provision in the charter of a city, authorizing the mayor and council to require all male residents of the municipality, between the ages of sixteen and fifty years, who have resided in the city for thirty days, to work the streets of the city, or to pay a commutation tax in lieu thereof, is valid and enforceable as provided therein, although the general law of the State designates the persons subject to road duty, where the alternative road law is in effect, as "between the age of twenty-one and fifty years."

2. A local law for the county of Dooly, in which the city of Vienna is located, providing that the county convicts shall work the main streets through the city of Vienna, does not affect the validity of the charter provision stated in the first headnote. Both local law and charter provisions can be enforced, and there is no conflict between the two.
            DECIDED JANUARY 15, 1912.

Certiorari; from Dooly superior court—Judge Whipple. May 29, 1911.

*George & Woodward,* for plaintiff in error.

HILL, C. J.  The State has various schemes, subject to county local option, as to working the rural public roads. Various ages are prescribed as to persons subject to road duty under these different schemes. See *Wright* v. *Sheppard,* 5 *Ga. App.* 298 (63 S. E. 48), and citations. None of these enactments relate to the working of streets in towns and cities. As to this the municipal charter in each case controls.          *Judgment affirmed.*